**No. 10-9454. Jimmie Craig Daniels, Petitioner v. United States.**

563 U.S. 956, 131 S. Ct. 2125, 179 L. Ed. 2d 927, 2011 U.S. LEXIS 2940, ■

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 404 Fed. Appx. 718.

**No. 10-9482. Keith Jennings, Petitioner v. United States.**

563 U.S. 956, 131 S. Ct. 2128, 179 L. Ed. 2d 927, 2011 U.S. LEXIS 2933, ■

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 10-9594. Abrar U. Haque, Petitioner v. United States District Court for the Northern District of Ohio.**

563 U.S. 956, 131 S. Ct. 2145, 179 L. Ed. 2d 927, 2011 U.S. LEXIS 2925.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 10-9596. Edward C. Feuer, Petitioner v. United States.**

563 U.S. 956, 131 S. Ct. 2136, 179 L. Ed. 2d 927, 2011 U.S. LEXIS 2949.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 403 Fed. Appx. 538.